**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: 2:22-cv-08657-DOC-BFM Date: July 23, 2026

Title: Wishtoyo Foundation et al v. United Water Conservation District

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Christopher Sproul | Shawn Ogle<br>Brian Wheeler<br>Matthew Kramer |

**PROCEEDINGS: SCHEDULING CONFERENCE (not held)**

The case is called. The Court's ORDER is as follows:

(1) Plaintiff's Motion to Remand Case to Los Angeles Superior Court [36] is GRANTED;

(2) Plaintiff's Motion for Leave to file First Amended Complaint [37] is denied as moot.

A status Conference is set for August 7, 2026 at 11:00 AM.

: 30

Initials of Deputy Clerk: kdu